IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SALTER BUS LINES, INC.                                          PLAINTIFF

VS.                          CIVIL NO. 04-6143

PREVOST CAR, INCORPORATED                              DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 21st day of November, 2005, the parties herein having filed his Notice and Stipulation of Dismissal pursuant to Rule 41(a), Federal Rules of Civil procedure.

IT IS ORDERED that plaintiff's complaint, hereby is dismissed, with prejudice.

                                       AT THE DIRECTION OF THE COURT

                                       CHRISTOPHER R. JOHNSON, CLERK

                                       By:/s/ Rebecca L. Sterling
                                             Rebecca L. Sterling
                                             Deputy Clerk